# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | <u>1:21-cv-04939-SDG</u> |
| ) | |
| HISCOX INS. CO. INC., ATLANTA ) | JURY TRIAL DEMANDED |
| PRODUCTIONS INC., D/B/A MUSIC ) | |
| MATTERS AND GEORGE M. ) | |
| LOVELL III AUDIOVISUAL ) | |
| SERVICES ) | |
| ) | |
| Defendants. ) | |

## **<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COME NOW the Plaintiff and Defendants, and hereby notify the Court that *Hiscox Ins. Co., Inc. and Atlanta Productions, Inc. d/b/a Music Matters v. George M. Lovell III Audio Visual Services*, Superior Court of Fulton County, Civil Action No. 2021CV353150, which is the underlying action that formed the basis for this Declaratory Judgment Action, has settled. Therefore, by and through their undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants hereby file this Stipulation of Dismissal with Prejudice. All parties will bear their own costs and fees.

Stipulated this 26th day of May, 2022.

[SIGNATURES ON FOLLOWING PAGE]

CONSENTED TO BY

/s/ Elizabeth G. Howard
William Allred, #000320
Elizabeth (GG) Howard, #100118
Barrickman Allred & Young, LLC
5775 Glenridge Drive, NE,
Suite E100
Atlanta, GA 30328
(404) 790-0123 (wsa)
(404)538-1225 (egh)
wsa@bayatl.com
egh@bayatl.com
*Attorney for Associated Industries Ins. Co.*

/s/ Kevin A. Wangerin
Signed with permission by EGH
Kevin A. Wangerin, #736520
Bullard Wangerin & Corbett, LLP
P.O. Box 18107
Macon, GA 32109
(478) 757-8500
wangerink@aol.com
*Attorney for George M. Lovell, III Audiovisual Services*

/s/ Michael J. Marshall
Signed with permission by EGH
Michael J. Marshall, #471810
Michael J. Marshall, LLC
3717 Vineville Avenue
Macon, GA 31204
(478) 405-9001
mikemarshall@dmsattorneys.net
*Attorney for George M. Lovell III Audiovisual Services*

/s/ Kevin A. Maxim
Signed with permission by EGH
Kevin A. Maxim, #478580
The Maxim Law Firm, P.C.
1718 Peachtree Street, NW
Suite 599
Atlanta, GA 30309
(404) 924-4272
kmaxim@maximlawfirm.com
*Attorney for Hiscox Ins. Co. Inc. and Atlanta Productions Inc. d/b/a Music Matter*

/s/ James M. Young
Signed with permission by EGH
James M. Young
Eland R. Kandel
Bailey Cavalieri LLC
10 W. Broad St., Suite 2100
Columbus, Ohio 43215
(614) 229-3256 (James)
(614) 229-3254 (Elan)
jyoung@baileycav.com
ekandel@baileycav.com
*Attorneys for Hiscox Ins. Co. Inc. and Atlanta Productions, Inc. d/b/a Music Matters*